*Leave to Appeal Denied September 10, 1991:*

HORACE MANN INSURANCE COMPANY v LITHERLAND, No. 90138; Court of Appeals No. 116234.

PEOPLE v McGEE, No. 90842; Court of Appeals No. 123414.

PEOPLE v WILLIE WILLIAMS, No. 90901; reported below: 186 Mich App 606.

BRICKLEY, J. I would grant leave to appeal.

*Interlocutory Appeals*

*Leave to Appeal Denied September 10, 1991:*

. BIELAT v SOUTH MACOMB DISPOSAL AUTHORITY, No. 91729; Court of Appeals No. 140051.

PEOPLE v SHOCK, No. 91878; Court of Appeals No. 139044.

*Leave to Appeal Granted September 13, 1991:*

GARCIA v CITY OF JACKSON, No. 92057. To be argued and submitted with *Li v Feldt,* No. 91079. Reported below: *(On Second Remand)* 190 Mich App 197.

*Leave to Appeal Denied September 13, 1991:*

VINKLE v NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, No. 90660; Court of Appeals No. 113706.

LEVIN, J. I would grant leave to appeal.

*Interlocutory Appeal*

*Leave to Appeal Denied September 13, 1991:*

PEOPLE v GREEN and PEOPLE v MORRIS GIBBS, Nos. 90296, 90313; Court of Appeals No. 116671.

CAVANAGH, C.J. I would grant leave to appeal.

LEVIN, J. *(dissenting).* I would grant leave to appeal or remand for a further evidentiary hearing.

I

On the afternoon of September 28, 1982, Dwayne Davis was shot and killed in Detroit in an apparent territorial dispute among drug dealers. Over five years later, on July 14, 1988, a complaint and